PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Obadah Saleh     Cr.: 21-00514-001
    PACTS #: 6636013

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/17/2022

Original Offense:     Conspiracy to Traffic Contraband Cigarettes, 18 U.S.C. § 371

Original Sentence: Time Served, three (3) years supervised release

Special Conditions: Six (6) Months Location Monitoring Program, Financial Disclosure, New Debt Restrictions, Six (6) Months Residential Reentry Center Placement, Self-Employment/Business Disclosure, and $594,000 Restitution.

Type of Supervision: Supervised Release                 Date Supervision Commenced: May 17, 2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                 The individual under supervision has violated the mandatory supervision condition which states **'While on supervised release, you must not commit another federal, state, or local crime, must refrain from any unlawful use of a controlled substance and must comply with the mandatory and standard conditions that have been adopted by this court as set forth below.'**

                   On September 23, 2022, the individual under supervision submitted a urine specimen while in the residential reentry center which returned positive results for the presence of codeine.

U.S. Probation Officer Action:

The U.S. Probation Office of Eastern District of New York respectfully request no Court action be taken at this time. Prior and subsequent samples all produced negative results and Saleh has no history of substance or alcohol abuse. When questioned, Saleh mentioned that he took a Tylenol prior to the test. The U.S. Probation Office of Eastern District of New York has no concerns and will continue to monitor his compliance.

Prob 12A -- page 2
Obadah Saleh

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

*Susan Karlak*

By: SUSAN KARLAK
Senior U.S. Probation Officer

/trp

PREPARED BY:

*Taylor R. Petronzio*       02/08/2023
TAYLOR R. PETRONZIO         Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

February 8, 2023
Date